

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00061-CV

Carlos Antonio **RAYMOND**,
Appellant

v.

Martin Joseph **ROY** and Pizza Venture of San Antonio, LLC d/b/a Papa Johns Pizza,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00935
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

We have reviewed appellant's motion to reconsider, which was filed on November 15, 2017. After consideration, we **DENY** the motion.

It is so ORDERED on November 20, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court